DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEX ESCOBAR OSORIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1097

_____

September 23, 2022

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Bryant R. Camareno, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.